737 A.2d 682

IN THE MATTER OF ANTHONY FERRANDA,
AN ATTORNEY AT LAW.

September 30, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANTHONY FERRANDA** of **WARREN**, who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of six months effective June 29, 1998, by Order of this Court dated June 2, 1999, be restored to the practice of law, effective immediately.